UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Gregory L. Sewell
_____

_____

(Enter above the full name of
plaintiff in this action)

v.

Hanover Borough Police
Department,
Zachariah Lloyd
_____

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 1:22-CU-1479
(to be supplied by Clerk
of the District Court)

FILED
HARRISBURG, PA

SEP 21 2022

PER _____
DEPUTY CLERK

## COMPLAINT

1. The plaintiff **Gregory L. Sewell** a citizen of the County of **York** State of Pennsylvania, residing at **712 Blossom Drive Hanover PA 17331** wishes to file a complaint under ~~Rule 23~~ ERROR (8 U.S. Code 1324c) - (26 US Code 7206) - (18 US Code 1621) - (15 US Code 1692d) (Statute 42 U.S.C 14141) - (42 U.S.C 1983) (18 USC 1918) (Title 18 USC Section 242)
(give Title No. etc.)

2. The defendant is **Zachariah Lloyd**

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) **I, Gregory L. Sewell,**

3. (CONTINUED) was hit by a silver SUV on April 2nd, 2021. The driver left the scene of the accident, while I remained at the scene for 30 minutes waiting for police to arrive, which never did. State Farm Ins was contacted and advised myself and wife to take our car to Apple Collison Center of Hanover PA. After dropping off, management informed myself and my wife that a Hanover Borough Police Officer took the front bumper from the (Chrysler) that I was driving without permission of Owner to make a report. I was then charged with hit and run, not stopping to render aid, running a stop sign. Officer Lloyd put

see additional paper →

4. WHEREFORE, plaintiff prays that this court allows myself, Gregory L. Sewell, to file a civil lawsuit in the amount of One Million Dollars ($1,000,000) for the crimes of violating my rights.

(Signature of Plaintiff)

#3 cont'd

In his report that I hit the silver SUV and left the scene of the accident. And the driver of silver SUV remained at the scene. After a year of back and forth with court, I took the case to trial, but charges were dropped due to plaintiff and Officer Lloyd not showing up. DA lied to judge as well as if I were guilty, but all charges were dropped. Charges were dropped on August 25, 2022 (Case# CR-4501-2021).

    Officer Lloyd stated in his report that he was on the scene within 5 minutes and took report from driver of silver SUV. I have witnesses that stayed with me for 30 minutes and will state that the police never showed up.

    When the DA was informed of witness statement, charges were dropped.

My witness - Teresa Seaman 7176320042
    ↳ came out of nearby business after hearing accident. Stayed with me for 30 minutes waiting for police.

Police Criminal Complaint

| Docket Number: CR-194-21 | Date Filed: 06/29/2021 | OTN/LiveScan Number: U79008411 | Complaint/Incident Number: 24-21-02894-16389 |
|---|---|---|---|
| Defendant Name | First: GREGORY | Middle: LEE | Last: SEWELL |

## AFFIDAVIT OF PROBABLE CAUSE

On April 2, 2021 at approximately 1359 hours affiant was dispatched to a hit and run accident in the area of Carlisle St and Gail St, Hanover PA 17331.

Affiant met with the reporting party, SR. SR stated she was traveling south in the 100 blk of Carlisle St when a white sedan hit her driver's side at the intersection of Gail St. SR stated the vehicle did not stop and continued west on Gail St. PG was a passenger in the vehicle and stated she had head pain, but refused EMS.

Affiant met with witness TT who advised the same story and stated she believed the vehicle was a Dodge Charger.

A front bumper and other pieces of the fleeing vehicle found on scene indicated the vehicle was a Chrysler 300.

On April 7, 2021 affiant located a wrecked Chrysler 300 at Apple Collision, 100 Eisenhower Dr Hanover PA 17331. Affiant compared the pieces found at the scene with the pieces missing from the wrecked vehicle and they were consistent, to include the paint color and stress cracks found in the pieces. One of these pieces included the front bumper which had grind marks on it consistent with being drug under the vehicle. Affiant ran the VIN of the vehicle which showed the registered owner was Kristin Sewell.

On April 19, 2021 affiant reviewed video footage of the accident that was captured by Royal Farms, 101 Carlisle St Hanover PA 17331. Affiant saw a white Chrysler 300 arrive at the store which was being driven by the defendant, Gregory Lee Sewell. The defendant left the store, and 7 minutes later a Chrysler 300 is seen causing an accident at the same time and location as reported by SR.

On May 17, 2021 affiant met with the vehicle owner, KS, the defendant, and SO. SO indicated she was the driver during the accident. Affiant advised her she was going to be charged for the hit and run, and without being questioned about anything the defendant admitted to being the driver during the accident. The defendant stated the other vehicle was going around 50 mph south on Carlisle St and was illegally passing vehicles on the right. The defendant stated he called 911, but affiant found no record of this. The defendant admitted to being the driver of the vehicle in the video from Royal Farms and provided details of the accident only the driver would have known.

Affiant reviewed the defendant's certified driving record which showed he did not have a license, and had no prior convictions for driving without a license.



# Police Criminal Complaint
### AFFIDAVIT CONTINUATION PAGE

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint/Incident Number | |
|---|---|---|---|---|
| CR-194-21 | 06/29/2021 | U7900841 | 24-21-02894-16389 | |
| Defendant Name | First: GREGORY | Middle: LEE | Last: SEWELL | |

## AFFIDAVIT OF PROBABLE CAUSE CONTINUATION

I, ZACHARIAH G LLOYD, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA THAT REQUIRE FILING OF CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NO-CONFIDENTIAL INFORMATION AND DOCUMENTS.

_____
(Signature of Affiant)

Sworn to me and subscribed before me this _____ day of _____, _____.

_____ Date _____, Magisterial District Judge

My commission expires first Monday of January,

SEAL

PC 411C - Rev. 07/18

Page 7 of 8

# COMMONWEALTH OF PENNSYLVANIA



## CONSTITUTIONAL OATH OF OFFICE

COMMONWEALTH OF PENNSYLVANIA )
) SS:
County of __York__ )

Fri, Dec 29, 2017 12:59 PM

2017-MI-000369

I do solemnly swear (or affirm) that I will support, obey and defend the Constitution of the United States and the Constitution of this Commonwealth and that I will discharge the duties of my office with fidelity.

_____
**SIGNATURE OF OFFICER**

Thomas J. Reilly
**NAME OF OFFICER**

Magisterial District Judge
**OFFICER TITLE**

Taken, sworn and subscribed before me this 29th day of __Dec__ A.D. 20 __17__.

(Seal)

_____
**Signature of Person Administering Oath**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTE:** The foregoing oath shall be administered by some person authorized to administer oaths.

The oaths of STATE OFFICERS (which includes Members of Boards and Commissions appointed by the Governor), JUSTICES OF THE SUPREME COURT and JUDGES OF THE SUPERIOR AND COMMONWEALTH COURTS shall be filed in the office of the Secretary of the Commonwealth.

The oaths of other judicial and county officers shall be filed with the Prothonotary of the county in which the oath is taken.

DSCB-70

## Commercial Affidavit of Truth + Status Correction

On _APIL 2ND 2021 ,A silver SUV ford Explorer WAS IN A RUSH TO BEAT THE TRAFFIC JAM DOING OVER 25MPH 40 PLUS SPEED LIMIT while in the parking meter lane as well bus stop lane ,pictures are available ,THE SILVER FORD EXPLORER DID HIT THE WHITE Chrysler 300 and kept speeding off to red light and made a right turn squealing wheels running from the seen, The Chrysler waited at the seen for 25 minutes ,Officer said He was on the seen within 3 minutes{false}with bumper under car and wheels, Hanover Police department went to collision center to get bumper from CHRYSLER 300??? IN A FEW DAYS , a crowd of people was at the seen , The Hanover Pa police said he saw a video of the white car hitting suv and leaving , that is a LIE} A violation as well , THIS POLICE DEPARTMENT MUST HAND OVER TAX ID AS WELL{ Oath of office} TO THE Sewell Family for insurance and for tax filing , WE are the People! The Hanover PA 17331 Police department has committed fraud and many other violation of Trust, The Borough of Hanover PA 17331,Corporation Tax ID is required to do business with the Sewell Family ,7 WORKING DAYS TO REPLY WITH TAX ID ..The United States is a Corporation ,America and THE United States are 2 different Corp, The Hanover Police{PUBLIC SERVANTS} Department is involved in FRAUD AGAINST THE People ,1930 Great Depression_. The Sewell Family wishes to not indulge into Fraud or Business with The Hanover Police 17331 Corporation ,This Department must complete ALL REQUEST ON THIS Affidavit within 7 working days, request more if need to obtain slavery etc documents all records of NATION AND Elders. . The Sewell Family gives no permission to contact the Family about any summons of the SOUL to appear before any Corp with a Tax ID, Hanover Pa 17331 Police department has committed Treason and false reports on Gregory Lee Sewell in the past ,letting a family get away with attempt murder by Automobile as well harassment of race. WHITE DRIVER CALLING Gregory Lee Sewell die nigger die,{ officer Alman serg,} got promoted to help the family out that tried to kill Gregory Sewell on April 12th 2019 IN ALLEY OFF OF BALTIMORE street as well Gregory Lee Sewell knew the car as well the passenger of the car was nicky Felty Her Child was in the back seat in the middle Gregory Lee Sewell did look the Child in the eys as He Gregory Lee Sewell was hit by the red ford focus address of car is on Hanover street Hanover ,PA BY Massion car parked in alley behind the appartment , Officer Alman lied made false claims after Gregory found the people that tried to kill him. Every word in this Affidavit is the TRUTH NOTHING BUT THE TRUTH . Giving the Corp HANOVER pa POLICE DEPARTMENT PERMISSION TO CONTACT THE Family by mail, no Fraud by mail or letters from any Corp committing fraud against the PEOPLE. PATTY ROLLERS{Slave patrols called Police, patty rollers, patty Rollers , patty rollers or paddy rollers, by the slaves, were organized groups of armed white men who monitored and enforced discipline upon black slaves in the antebellum U.S. southern states.( 17331 AREA OF PENNSYLVANIA Tax I.D. REQUIRED FOR THIS DOCUMENT ) The slave patrols' function was to police slaves, especially runaways and defiant slaves. We are The Free, Gregory Lee Sewell has the BLOOD DNA of the Original People of America ,Black, Indian, Negro ,Cherokee {,Paleo,}African American ,none of these are the proper title {Indigen Law of Americas}KDZ-KDZ3001+ -KE-KG-KGH -KGJ-KGZ- KH-KHW/ North Americas of Gregory Lee Sewell, He is an Aboriginal Of America ,The Corp of Hanover Pa 17331 must correct the proper title for Gregory Lee Sewell to His rightful Title 1600s ,1700s,1800s1900s ETC ALLL Every single documents of Great Ancestors DEEDS,ETC ,DEATH CERTIFACATES OF FAMILY MEMBERS, Tribe Title and Nation of Ethnicity must be restored for Gregory Lee Sewell the Soul the Free Man of America By the Police Department and Court of 17331 YORK

COUNTY pa, as a Whole South ,North, West and East all Four {4} corners Sqare, HIS Ancestors are apart of America by DNA{TEST IS ON HAND}The Hanover PA Police department and Judge is the cause of Gregory Lee Sewells depression and Mental state of trusting the Police and Courts unfair and fraud activities in the 17331. This correction needs to be done ASAP, Correction of proper Title by the Corp 17331 Hanover. All needed documents must be mailed or hand delivered to 712 BLOSSOM DRIVE HANOVER ,PA 17331. United States of America is the proper title of this Nation , not the United States. Know the difference. This document must be certified and mailed as well as filed with the COURT MIS, records. Anyone disputing this document will face punishments ,loss of job ,lawsuit $$, as well committing Fraud. Public York County Pa ,newspaper to show the public the Fraud and more. This document will be Public for anyone to read or study . Gregory Lee Sewell is Noble MAN has no trust in the CORP Police Department of Hanover ,PA 17331, have many truthful stories on the Hanover Police Department on the fraud they have committed against the Family and Gregory Lee Sewell ,Fraud of Money ,Currency. depts under DURESS{Threat - Coercion .Gregory Lee Sewell will not be Threaten to do business with a Fraud Corp of the united states,,,, Not America .Will be reported to the Federal Courts of PA, As the United NATIONS . No Business with a tax ID should never target the same Ones they took an Oath of Office or any other Oath to protect ,Must have every single oath of this office from the entire Department to make sure the public is safe 360>deg 365 days A YEAR 7 DAYS A WEEK never to be targeted by this Department by fraud of Money or Currency, As well None commercial Traveler to Commercial Drivers must be promoted publicly Newspaper ETC. NON GOVERNMENT ENTITY...Has a tax ID.18 U.S CODE-912-Officer or employee of the United States not Americas.. Washington DC , ALL others are foreign territory .This Contract is Valued at $1,000,000 ,One million dollars none NON Negotiable Affidavit of Facts. Will be making a public statement on the years of racism and unfairness from the Police Department and Judge Dubbs R.I.P ,,,The Sewell Family has lived in the 17331 Hanover Pa 17331 . Robbed by the system for the last ten years .Anyone disputing these Facts are a part of White Supremacy .TAKE NOTICE: A Name a title does not have all capital letters due to being ALIVE not dead, Status Correction is a must. Correct DMV ID CLAUSE to be living not dead as well. If it's in this document its Facts. This document is to be Certified and Mailed for records to this address, Hanover, PA 17331 Borough 44 Frederick Street Hanover ,PA 17331 as well as FAX –Main line 717-637-3877. By way of Natural Law Attraction, Rhythm ,Relativity, Cause and Effect, Gender\Gustation and Perpetual. Law of Nature That every Man ought to endeavour Peace, as far as He can hope of obtaining it; and when He cannot obtain it, that He may seek, and use , all help(Police Department)and advantage 0f warre. 16 U.S. Code 1453-Definitions Americas not The united States Corp, 28 U.S. 3002-United States Corp. Nation search for the proper title for Gregory Lee Sewell ,City Hall all Records from COURTS, Deeds ,ETC. (With Prejudice ).Genocide)OF Indigenous People (Black aka Indians, Americans, Cow Boys, Mound Builders, This area 17331 Department is responsible for claim a Federal Business to be ran by the Federal Government (need proof as well) this Department is being held Recording by Affidavit of all these Crimes these are Federal crimes,18 U.S. CODE CHAPTER 47-FRAUD AND FALSE STATEMENTS,18 U.S. CODE 1341-FRAUDS AND SWINDLES = TO Genocide= Nationalism ) Gregory Lee Sewell , Social security number EIN NUMBER ON HAND AS WELL FOR RESEARCH Peachtree (ALL)Federal Bank Accounts belongs to American Nation, find out what nation this entity belongs to. Natural Oath of Allegiance to the United States of America . Oath of Office as well= ""I, (STATE YOUR NAME Hanover Police Department

1733i), do solemnly swear that I will support the Constitution of the United States and the Constitution of the State of West Virginia, and that I will faithfully discharge the duties the office of the (INSERT AGENCY HERE) to the best of my skill and judgment. SO HELP ME GOD anyone who has ever worn a badge or shield upon their chest. Examining the oath, we see that we are swearing before the Divine (God), and the State (government), that we will support or uphold the Constitution of the United States and the Constitution of the State. I would assert at this time that if one took the oath and didn't fully intend to adhere to that oath, then they are disingenuous and have no place being a law enforcement officer.

Burden of proof under the Administrative Procedures Act 5 U.S.C. §556(d) and under the due process clauses found in the Fifth, Sixth, and Seventh Amendments to the national Constitution BEFORE there will be response to any summons, questions, or unsubstantiated and slanderous accusations. Attempts at calling presented claims "frivolous" without specifically rebutting the particular claim, or claims, deemed "frivolous" will be in deed be "frivolous" and prima facie evidence that shall be used Thompson v.Smith. 154 SE 579. 11 American Jurisprudence, Constitutional Law, section 329, page 1135 "The right of the Citizen to travel upon the public highways and to transport his property thereof accordingly.

Notary sign: _____
Date: May 24 2021
Notary Stamp here:

> Commonwealth of Pennsylvania – Notary Seal
> Nathaly Torralba Notary Public
> Adams County
> My commission expires January 29 2023
> Commission number 1288064

Indigenous Signature HERE, Gregory <Lee :Sewell : *Gregory Lee Sewell*

DNA \BloodThumb ThumbPrint here: